14.

# UNITED STATES DISTRICT COURT

For the

Eastern District of Michigan

ALICIA BELL, Pro Se                )

      Plaintiff/Petitioner       )

Case: 2:24-cv-13259
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 12/6/2024
Description: (CMP) BELL V.
DOLLAR TREE INC. ET. AL (TH)

DOLLAR TREE INC.                )
DAVE LONG, Regional Manager
SCOTT LIDDELL, District Manager 07N
JESSICA JACKSON, Manager #09055
KRISTIN KOTSCH, Manager #2457

      Defendant/Respondent

Now comes, Alicia Bell Plaintiff, and Dollar Tree Inc. filing this suit *pro se*, alleging that Defendants wrongfully suspended her employment, that Defendants discriminated against her because of her color and race, and that Defendants retaliated against her after she complained of the discrimination she endured.

From around April 2024 through approximately July 23rd 2024, Plaintiff Alicia Bell worked for Defendant Dollar Tree Inc. as an Associate of one of its stores in Canton, Michigan, 5880 Sheldon Road, Store #2457.  During that time, Bell immediate manager was Defendant Kristin Kotsch.

At approximately 1:45pm. On July 23rd Plaintiff Alicia Bell was placed on suspension by Defendant Manager Kristin Kotsch.  Plaintiff Alicia Bell was placed on suspenson until further notice.  Plaintiff was told to clock out and leave the store without giving any explanation.

This action is a direct violation of the Code of Conduct policy that Dollar Tree issued to all employees.  Plaintiff had never been written up prior to the suspension.  There was never an investigation done before Plaintiff was suspended, nor was a letter of suspension given.

See (Exhibit A) This letter that is attached was a statement that Plaintiff written herself. Plaintiff tried to get Defendant Kristin Kotsch to sign prior to leaving store #2457and she refused and went into her office.

It was very unprofessional due to the fact the way Plaintiff was suspended.  This was a wrongful suspension which lead to Defendant Scott Liddel, District Manager #07N which relocate me to store #09055

This is where Plaintiff Alicia Bell is a Store Associate and Jessica Jackson is the onsight Manager. In August during Plaintiff relocation to store #09055. There was some tension on the very first day between Plaintiff and Defendant Jessica Jackson. It seemed to be tension in the building, Defendant Jessica Jackson would never communicate with me at all, she would have other employees communicate with Plaintiff such as scheduling, doing task at work, or just simply friendly conversation amongst co-workers.

Jessica always made Plaintiff feel not apart of the team at Dollar Tree. Communication with Defendant Jessica has been so off that Plaintiff began to ask Tiffani the Assistant Manager for hours because Defendant Jessica had taken hours away from her week after week. Plaintiff started out working 22-27 hours per week at store # 09055 and Plaintiff currently only receives 11hours per week after months of continuous begging for hours

Plaintiff not sure the cause of hours being cut back but Plaintiff really feel harassed and this has caused her financial hardship as well as mental anguish. Plaintiff have been sent home without being written up stating that Plaintiff was unproductive and her schedule had been changed without notifying her.

The Store just recently started using compass app at store number #09055 recently within the last month or so, which Plaintiff also presented an email to district manager Scott Liddel on Nov.13th an still have not heard back concerning that matter.

While still awaiting a response from Mr.Liddel. Plaintiff was informed that his father had passed by staff at store #09055 here I also attached a photo of the message that was given, which goes against the company privacy and protection policy in the employee handbook

Plaintiff was contacting Defendant Scott Liddel about a concern she had and he pushed her off to a store manager instead of having a supervisor contact her on his behalf. Plaintiff CONTINUED TO FOLLOW THE CHAIN OF COMMAND that was given on October 28th 2024. Plaintiff then contacted Regional manager Dave Long. Dave Long told Dave Michalak, a District Manager that was filling in for Scott Liddel to contact Plaintiff which attached Exihibit C , the conversation between Dave Michalak and Plaintiff on November 21 2024

Still nothing has been done about the Plaintiff work hours. They continue to peek at 11 hours per week ,despite her attempts to retrieve as many hours as possible , given both Jessica Jackson and Dave Michalak my availability. Plaintiff find herself in a financial crisis from wrongful suspension in July and present. The chain of command has been broken by Regional Manager when all employees were asked to follow these commands, not sure how this matter of concern got taken so lightly to where Plaintiff was redirected back to a district manager.

Plaintiff is asking for justice to be service in this matter where monetary compensation for her mental anguish and hardship these last 5 months for wrongful suspension

Alicia Bell, Plaintiff



Tuesday
July 23, 2024

At Approximately 1:40pm. A customer entered the store and as she was at check out I took her shopping Basket like I do any other customer. As I take the shopping Cart the Costomer says I wasn't finish with my Cart, how do you Know if I was finish or not? I Say mame If you want the napkins just let me know, because it was some red napkns next to the green basket that was "Empty" that I grabbed. The Lady Proceed to walk up on me saying I need to go to the "hood" and work and that her house cost $500,000 Dollars, which was irrelevant. As I calling me a Bitch and saying how long asked the Lady to back up she still talking she been a customer here. I then called Ms, Christian over speaker, and when Ms.Christian Came the Lady was still talking. I was talking a well, but I never called the customer out her nam and I was never rude. I like my Job, but I can help if a Customer is having a Bad Day. I'm Real!

Exibit A

 Tiff

Monday, September 16

## Hey u know u work today

5:15 PM

## Nevermind cause Jessica didn't tell u

5:20 PM



**Ttyl we leaving at 10**

Read  9:52 PM

Okay

9:52 PM

Friday, October 11

Goodmorning I really do not appreciate how since bre started I've only been given 3days a week I need atleast 4days a week
if I'm not needed at the store can yall transfer me

Read  8:13 AM

U have to talk to Jessica about that but we should be getting more hours cause the holidays coming up

14 AM

# District 153   Add label



 **alicia bell** Nov 8
to saliddel@dollartre... ⌄

 

Hi Scott hope all is well...prior to our hiring event on Oct 16th 2024 I asked Jessica if I could have a few more hours and or days seeing as I went from 4 days to 2 days and some weeks even 1day I'm a very dedicated and strong worker and I love my job but I do not feel Jessica is being fair with hours she has 60 plus hours each week when other employees at our location have also gained more hours while I only have been working 2days each week I've called to speak with Jessica several times on wed.nov6th amd she never called me back I also called the store on Thursday nov.7th and still no call back Jessica do not communicate with me at all she appear to have a attitude problem or maybe it's just towards me I've realized we have a few new hires and they seem to have all the hours when I've been there and my hours continuously get cut I'm asking for 16-22 hours a week not sure why Jessica doesn't schedule me but I wanted to bring it to your attention scott

 **alicia bell** Nov 13
to saliddel@dollartre... ⌄

 

Hi Scott I really need for you to give me a call I'm just now

realized we have a few new hires and they seem to have all the hours when I've been there and my hours continuously get cut I'm asking for 16-22 hours a week not sure why Jessica doesn't schedule me but I wanted to bring it to your attention scott

 **alicia bell** Nov 13

to saliddel@dollartre... ∨

 

Hi Scott I really need for you to give me a call I'm just now leaving the store on michigan I was sent to this morning I've been sent home they said I was unproductive ill appreciate if you take a look at the cameras and see how productive I was today I'm not understanding why bre sent me home when I was told I can work until close I really need you to look into this everywhere I go your managers seem to be threatened by my work ethics soon as Maria came to help I was sent home not sure who Maria is but I'm very confused plz take a look at the cameras so you can see me working several aisles as well as assisting customers please look into this matter Scott I'm beginning to feel harassed by managers at this point plz look at the cameras I arrived at 26430 michigan at 10:20am and was told to clock out at 2pm if I was unproductive why would they wait until Maria arrive to send me home plz look into this matter thank you

Hey so we got a email from Scott saying to ask you to stop calling him he on leave he lost his father

1:18 PM

He could have me ca me and told me hims but kk

Read

Thursday, November 21

Alicia,

My name is Dave Michalak and I am covering for Scott while he is on leave.

Dave Long asked me to give you a call. I called and your voicemail is full. You can call me at.
1 (586) 354-0180

5:16 PM

Thank you so much for contacting me back my availability is Monday thru Saturday 9am-2pm or 5pm-10:30pm which

Thank you so much for contacting me back my availability is Monday thru **Saturday 9am-2pm** or **5pm-10:30pm** which was written down on an availability sheet on Monday nov.18th and given to Jessica. Jessica and i also had a conversation on Tuesday regarding the schedule for the 1st week in December, there I noticed I was still at 11hours even though I had given my availability the previous day...hopefully something can be resolved within the next few days I would really love the hours Mr.Michalak



**< +13135304338**
1:13 PM, Dec 5

Good Afternoon Alicia , This is Jessica from Dollar
tree. Due to the recent incidents, these matters
are currently being investigated and because of
that, you are currently suspended until further
notice. I have tried to reach you several times
from the work number as well as my number, but
unfortunately you did not answer. So I must deliver
this message via text. Once I have any update on
the situation, I will contact you.
Thank you for your time,
Jessica

List of Plaintiff

Alicia Bell
1103 Longfellow Drive
Canton, Michigan  48187


List of Defendants

Dollar Tree Inc.
Corporate Secretary
500 Volvo Parkway
Chesapeake, VA  23320
United States

Kristin Kotsch
Dollar Tree #2457
5880 Sheldon Road
Canton, Michigan  48187

Jessica Jackson
Dollar Tree #09055
41872 Ford Road
Canton, Michigan 48187

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Alicia Bell
Wayne County

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
1103 Longfellow
Canton MI 48187

## DEFENDANTS
Wayne County

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)* Corporate Secretary
Dollar Tree, Inc.
500 Volvo Parkway Chesapeake, VA 23320 US

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [X] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Case: 2:24-cv-13259
Assigned To : Michelson, Laurie J.
Referral Judge: Altman, Kimberly G.
Assign. Date : 12/6/2024
Description: (CMP) BELL V.
DOLLAR TREE INC. ET. AL (TH)

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FO
- [ ] 62
- [ ] 69

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
December 6, 2024

SIGNATURE OF ATTORNEY OF RECORD
Bell Alicia

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE MICHELSON   MAG. JUDGE ALTMAN

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.        Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____