UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALICIA BELL,<br><br>  Plaintiff,<br><br>v.<br><br>DOLLAR TREE, INC., et al.,<br><br>  Defendants. | Case No. 24-13259<br>Honorable Laurie J. Michelson<br>Magistrate Judge Kimberly G. Altman |

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS [16]**

On May 9, 2025, Plaintiff properly filed an amended complaint (ECF No. 23). (*See also* ECF No. 22.) Plaintiff's prior complaint is now a "nullity," *B&H Med., L.L.C. v. ABP Admin., Inc.*, 526 F.3d 257, 268 n.8 (6th Cir. 2008), as indicated in the Court's April 30, 2025, order (ECF No. 22) and as reflected by Defendants' newly filed motion to dismiss Plaintiff's amended complaint (ECF No. 24). *See Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000) (explaining that an amended complaint supersedes all prior complaints and becomes the operative pleading). "[M]otions directed at the superseded pleading . . . generally are to be denied as moot." *Myslivecek v. FCA US LLC*, No. 23-12980, 2024 U.S. Dist. LEXIS 26685, at *2 (E.D. Mich. Feb. 15, 2024) (internal quotation marks omitted) (collecting cases); (*see also* ECF No. 22, PageID.193 ("If an amended complaint is filed, the Court will dismiss as moot Defendants' pending dispositive motion.").)

Accordingly, Defendants' initial motion to dismiss (ECF No. 16) is DENIED AS MOOT. Plaintiff's response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 24), and any reply by Defendants, shall be filed in accordance with Eastern District of Michigan Local Rule 7.1(e). If, upon review of the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket setting a hearing. The Court has discretion to decide the motion on the briefs, i.e., without an oral hearing. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f).

SO ORDERED.

Dated: May 22, 2025

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE